Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Civil Action Division

| | |
|---|---|
| GINGER SIRI <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> TOWN OF HINGHAM, Supervisory and Municipal Liabilities, and <br> DAVID M. JONES, in his individual capacities, and <br> KERRY T. RYAN, in his individual capacities, <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☒ Yes  ☐ No |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non–Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | GINGER SIRI |
| Address | 945 MAIN STREET |
| | SHREWSBURY, MA 01545 |
| | *City / State / Zip Code* |
| County | WORCESTER |
| Telephone Number | (781) 724-1251 |
| E-Mail Address | gingerlim88@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | TOWN OF HINGHAM, SUPERVISORY AND MUNICIPAL |
| Job or Title *(if known)* | SUPERVISORY AND INDIVIDUAL OFFICIAL CAPACITIES. |
| Address | 210 CENTRAL STREET |
| | HINGHAM, MA 02043 |
| | *City / State / Zip Code* |
| County | PLYMOUTH |
| Telephone Number | (781) 741-1400 |
| E-Mail Address *(if known)* | www.hingham-ma-gov |

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | DAVID M. JONES, in his individual capacities |
| Job or Title *(if known)* | Detective, Hingham Police Department |
| Address | 210 CENTRAL STREET |
| | HINGHAM, MA 02043 |
| | *City / State / Zip Code* |
| County | PLYMOUTH |
| Telephone Number | (781) 741-1400 |
| E-Mail Address *(if known)* | www.hingham-ma-gov |

☒ Individual capacity    ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name: KERRY T. RYAN, in his individual capacities
   Job or Title *(if known)*: Counsel
   Address: 210 CENTRAL STREET
   City: HINGHAM   State: MA   Zip Code: 02043
   County: PLYMOUTH
   Telephone Number: (781) 741-1400
   E-Mail Address *(if known)*: www.hingham-ma-gov
   ☒ Individual capacity   ☐ Official capacity

Defendant No. 4
   Name:
   Job or Title *(if known)*:
   Address:
   City:   State:   Zip Code:
   County:
   Telephone Number:
   E-Mail Address *(if known)*:
   ☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   The Plaintiff asserts the violation or deprivation of right secured by the Constitution and laws, shall be liable to the party injured; (1) the Town's policy maker should be liable; (2) the Town must have an official policy which could subject it to S. 1983 liability; (3) Jones and Ryan acting in concert with one another and their actions were taken with the requisite degree of culpability, and show a direct causal link between the action and the deprivation of federal rights.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Plaintiff's Complaint seeking damages for alleged violations of S. 1983 against the Town in a supervisory and municipal in official and individual capacities. Defendants Jones and Ryan are being sued in their individual capacities for the potential of individual liabilities.
Each Defendant acted with reckless and malice intention, willfully particpate in a joint conspiracy with the Town officials to deprive the Plaintiff of a constitutional right acts 'under color of state law' of hate crimes. Id. Three elements of violations are found here; (1) The Town policy maker should be held responsible, through actual or constructive knowledge, for enforcing a policy that caused the Plaintiff's claimed injury;(2) the Town must have an official policy which could subject it to Section 1983 liability (3) Plaintiff can demonstrate that the Defendants' actions were taken with the requisite degree of culpability, and show a direct causal link between the action and the deprivation of federal rights.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Employers from Norwell, Hanover, Hingham, Weymouth and Marston Mills in Massachusetts, had turned down their offers after they received the background check on CJIS and CORI reports.

B. What date and approximate time did the events giving rise to your claim(s) occur?

On or about June 9, 2021, Plaintiff was informed that she was denied of a full time job given as a caregiver. Plaintiff was not given a reason by this employer, Plaintiff applied for more jobs.
On or about October of 2021, another employer turned down the offer and gave the reason that Plaintiff had criminal records appeared on her background check which Plaintiff cannot be hired as a caregiver.
Plaintiff was given a copy of the CORI report that filled with false information,
felony crimes that did not occur, stolen car that was made up, larceny of a stolen car that was not true, mortgage cheat that was docketed eight times with lies, fake plymouth sheriffs reports that plaintiff was arrested and arraigned more than twenty times during the two weeks period.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

David M. Jones perjured nine times on oath of signed affidavits as follows:
(1) Illegal Search Warrant from an assistant to the clerk of court, Dorothy Campbell, she was not authorized to issue the search warrant;
(2) David Jones signed on the affidavit that he found the evidence from the authorized address; but he did not find what he needed to support his fradulent scheme of lies;
(3) He placed threat through Plaintiff's ex-husband, Joseph Collins against the children and forced Joseph Collins to deliver everything in the Safe-Box that contained all identifications and financial documents from Kelly Collins's apartment in another town, which was not authorized by the court to collect from or to be searched;
(4) Coerced officer Liam Rooney of Marshfield Police to make false custody reports that Plaintiff was sent to Marshfield Jail which was a lie; then he coerced another Plymouth Sheriff officer to lie for him by destroyed the true transportation trip which transported Plaintiff to MCIF under the direction of David Jones;
(5) He coerced officer Murphy HPD to make false stolen property reports and fake arrest while Plaintiff appeared before Justice Walker of Brockton Superior Court for bail reduction;
(6) He fabricated a frudulent scheme that Plaintiff's identifications were fake and falsely obtained and some identifications that already expired to be stolen from other people;
(7) He fabricated a stolen car and directed other officers to docket the fake crimes repeatedly in quadruplet as felony crimes in order to elevate Plaintiff as class 3 felony;
(8) He coerced Plymouth Sheriffs to produce fake transportation reports for more than twenty warrants, arrests and arraignments during the two weeks duration, while Plaintiff was incarcerated;
(9) Fabricated identity theft and refused to turn over the physical evidence which he kept from being discovered by the trier of fact, he refused to turn over to ADA Richard Linehan at the District Attorney Office to investigate as trier of the truth for the crimes that David Jones manufactured.

David Jones conspired with Kerry T. Ryan to make the frudulent scheme appeared real.

David Jones coerced his lover, AAG John M. Donnelly from the Attorney General Office to protect him and to cover up for him, to assist Kerry T. Ryan to commit Plaintiff through any legal means necessary including comitted fraud on the court.

Defendants abuse and corrupting the oath of their powerful positions.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Plaintiff sustained injuries during the past six months for lost of good paying jobs, severe traumatic episodes, severe emotional and psychological frightened, post traumatic stress disorder, grief and anquish, loss of productivity, lost of jobs as a caregiver, a nanny that Plaintiff had enjoyed for much of her life.

Plaintiff is being treated with multiple stress related medications to help with sleeping, nightmares and inability to function.

Plaintiff is dealing with on going pain and physical manifestation that continue to cause injuries to no end.

False criminal records that were made by Defendants' negligent and disregards of Plaintiff's federally rights, they caused false information to be registered at CJIS and CORI, their conduct are extreme and outrageous, their misconduct are beyond all bounds of decency.

Defendants have made it impossible for Plaintiff to be gainfully employed.

Defendants failed the oath of their offices to protect and defend and to honor their duties in good faith.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Defendants need to be investigated, they need to be exposed for the intentional infliction of harm.

Defendants atrocious conduct caused injuries and damages, they are liable to repair and to replace the damages which they caused. Plaintiff is entitled to be made whole.

Plaintiff requests $99,000 for injuries and damages and $99,000 in punitive damages.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: December 28th, 2021.

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: GINGER SIRI

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address